# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

WILLIAM COR,

                              Plaintiff

vs                                              Case Number: 2:16-CV-0064-SWS

SINCLAIR SERVICES COMPANY, et al..

                              Defendant

### JUDGMENT IN A CIVIL ACTION

Pursuant to the Court's Order Granting the Defendants' Motion to Dismiss Plaintiff's Complaint, this case is deemed closed.

Dated this 11th day of July, 2016.

                                        Stephan Harris
                                        Clerk of Court

                                        By   Darci Smith
                                        Deputy Clerk